Henry BENITEZ, Plaintiff–Appellant,

v.

C. STRALEY, at all times mentioned herein, was employed as a prison guard at the New York State Green Haven Prison, J. Sparhawk, at all times mentioned herein, was employed as a prison guard at the New York State Green Haven Prison, C. Artuz, at all times mentioned herein, was the superintendent of the New York State Green Haven Prison, G. Schneider, at all times mentioned herein, was the deputy superintendent for security services at the New York State Green Haven Prison, G. Goord, at all times mentioned herein, was the commissioner of the New York State D.O.C.S., G. Bartlett, at all times mentioned herein, was the deputy commissioner of the New York State D.O.C.S., D. Gunderman, at all times mentioned herein, was a prison guard at the New York State Green Haven Prison, J. Surber, at all times mentioned herein, was a prison guard at the New York State Green Haven Prison, R. Ward, at all times mentioned herein, was a sergeant at the New York State Green Haven Prison, Schmitt, at all times mentioned herein, was a sergeant at the New York State Green Haven Prison, T. Decicco, at all times mentioned herein, was a school teacher at

the New York State Green Haven prison, W. Totten, at all times mentioned herein, was a captain at the New York State Green Haven Prison, Miller, at all times mentioned herein, was a prison guard at the New York State Green Haven Prison, Dolan, at all times mentioned herein, was a sergeant at the New York State Green Haven Prison, R. Morton, at all times mentioned herein, was a captain at the New York State Green Haven Prison, L. Tucker, at all times mention herein, was a prison guard at the New York State Green Haven Prison, Williams, at all times mentioned herein, was a lieutenant at the New York State Green Haven Prison, Keysler, at all times mentioned herein, was a sergeant at the New York State Green Haven Prison, R. Stiles, at all times mentioned herein, was a prison guard at the New York State Green Haven Prison, J. Maldonado, at all times mentioned herein, was a sergeant at the New York State Green Haven Prison, Schneider, at all times mentioned herein, was a lieutenant at the New York State Green Haven Prison, Healy, at all times mentioned herein, was a registered nurse at the New York State Green Haven Prison, D. Selsky, at all times mentioned herein, was the director of special housing inmate discipline program within the New York State D.O.C.S., T. Schoellkopf, at all times mentioned herein, was a D.O.C.S. central hearing officer assigned to conduct inmate disciplinary hearings at, among other prisons, the New York State Attica Prison, J. Conway, at all times mentioned herein, was the deputy superintendent for security services at the New York State Attica Prison, W. Kelly, at all times mentioned herein, was the superintendent of the New York State Attica Prison, J. Berbary, at all times mentioned herein, was the first deputy superintendent at the New York State Attica Prison, P. Corcoran, at all times mentioned herein, was a sergeant at the New York State Attica Prison, Rademacker, at all times mentioned herein, was a prison guard at the New York State Attica Prison, D. Acquard, at all times mentioned herein, was a prison guard at the New York State Attica Prison, Sassy, at all times mentioned herein, was a prison guard at the New York State Attica Prison, B. Higley, at all times mentioned herein, was a registered nurse at the New York State Attica Prison, Bea, at all times mentioned herein was a lieutenant at the New York State Attica Prison, Sinicki, at all times mentioned herein, was a prison guard at the New York State Attica Prison, Defendants–Appellants.

No. 02–332.

United States Court of Appeals, Second Circuit.

April 13, 2004.

Harry Benitez, Malone, NY, for Appellant, pro se.

Thomas B. Litsky, Assistant Solicitor General, (Eliot Spitzer, Attorney General of the State of New York), New York, NY, for Appellees.

Present: WALKER, Chief Judge, VAN GRAAFEILAND, and STRAUB, Circuit Judges.

856

## SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the appeal be and it hereby is **VACATED** and **REMANDED**.

Plaintiff-appellant Harry Benitez, *pro se,* appeals from the September 23, 2002 order of the United States District Court for the Southern District of New York (Richard C. Casey, *District Judge*) dismissing his § 1983 claim for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1). In dismissing Benitez's claim, the district court found that the exhaustion requirement of the Prisoner Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), was jurisdictional.

Benitez argues that the district court erred in treating administrative exhaustion under the PLRA as a jurisdictional requirement rather than as an affirmative defense. We recently concluded that the "failure to exhaust administrative remedies [under the PLRA] is not a jurisdictional predicate." *Richardson v. Goord,* 347 F.3d 431, 433 (2d Cir.2003) (per curiam). Defendants-appellees also request that we remand this case in light of *Richardson.*

For the foregoing reasons, the appeal is hereby **VACATED** and **REMANDED** for further proceedings.